DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
CHARLES ALLEN BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 11-157-MCE |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | DATE: May 17, 2012 |
| CHARLES ALLEN BELL, ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through WILLIAM WONG, Assistant U.S. Attorney, and defendant, CHARLES ALLEN BELL, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, April 26, 2012, be continued to Thursday, May 17, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 17, 2012, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 23, 2012
Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
CHARLES ALLEN BELL

DATED: April 23, 2012
BENJAMIN B. WAGNER
United States Attorney

/s/ Benjamin Galloway for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

///
///
///
///
///

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Based on the stipulation of the parties and good cause appearing |
| 3 | therefrom, the Court hereby adopts the stipulation of the parties in |
| 4 | its entirety as its order. It is hereby ordered that the presently set |
| 5 | April 26, 2012 status conference and revocation hearing shall be |
| 6 | continued to May 17, 2012, at 9:00 a.m.. It is further ordered that |
| 7 | the time period from the date of the parties' stipulation, April 23, |
| 8 | 2012, through and including the date of the new status conference, May |
| 9 | 17, 2012, shall be excluded from computation of time within which the |
| 10 | trial of this matter must be commenced under the Speedy Trial Act, |
| 11 | pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 |
| 12 | [reasonable time for defense counsel to prepare]. |
| 13 | Based on the stipulation of the parties and good cause appearing |
| 14 | therefrom, the Court hereby finds that the failure to grant a |
| 15 | continuance in this case would deny defense counsel reasonable time for |
| 16 | effective preparation taking into account the exercise of due |
| 17 | diligence. The Court specifically finds that the ends of justice |
| 18 | served by the granting of such continuance outweigh the interests of |
| 19 | the public and the defendant in a speedy trial. |
| 20 | **IT IS SO ORDERED.** |
| 21 | Dated: April 27, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation/Order 3